**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

ERIC LANE DIXON,

      Petitioner,

   v.

WARDEN ROBERT ADAMS, JR.,

      Respondent.

CIVIL ACTION NO.: 6:19-cv-126

## O R D E R

The above-captioned petition for a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, challenges a judgment of conviction entered in the Superior Court of Catoosa County, which is located in the Northern District of Georgia. It is the practice of this Court to transfer an action attacking a conviction to the District in which the original criminal proceedings were conducted. See 28 U.S.C. § 2241(d). Therefore, the Court **ORDERS** the transfer of this action to the United States District Court for the Northern District of Georgia for further consideration. The Court **DIRECTS** the Clerk to immediately forward the file to that District.

    **SO ORDERED**, this 8th day of January, 2020, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA